IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY C. FRAZIER,

    Petitioner,           No. CIV S-08-0073 WBS JFM P

  vs.

TONY HEDGPETH, Warden,

    Respondent.       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se. On January 25, 2008, petitioner was directed to submit a request to proceed in forma pauperis or pay the appropriate filing fee. On February 21, 2008, petitioner filed a request for extension of time to comply with that order. However, on February 25, 2008, petitioner filed a completed application to proceed in forma pauperis. Accordingly, petitioner's request for extension of time will be denied as moot.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's February 21, 2008 request is denied;

2. Petitioner's request to proceed in forma pauperis is granted;

3. Respondents are directed to file an answer within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 27, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;fraz0073.100

2