1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  RODNEY C. FRAZIER,

10             Petitioner,                    No. CIV S-08-0073 WBS JFM P

11         vs.

12  TONY HEDGEPETH, Warden,

13             Respondent.                    ORDER

14  _____/

15             Petitioner has requested an extension of time to file and serve an opposition to

16  respondent's April 11, 2008 motion to dismiss.  Good cause appearing, IT IS HEREBY

17  ORDERED that:

18             1.  Petitioner's May 5, 2008 request for an extension of time is granted; and

19             2.  Petitioner is granted thirty days from the date of this order in which to file and

20  serve an opposition to defendant's April 11, 2008 motion to dismiss.  No further extensions of

21  time will be granted.

22  DATED:  May 23, 2008.

23

24                                           UNITED STATES MAGISTRATE JUDGE

25

26  /mp/001; fraz0073.111