IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY C. FRAZIER,** | CIV S-08-0073 WBS JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **TONY HEDGPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's reply to Petitioner's opposition to motion to dismiss be filed on or before August 14, 2008.

Dated: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/fraz0073.eot

[Proposed] Order

1