IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI C. FRAZIER,

       Petitioner,            No. 2:08-cv-0073 WBS JFM (HC)

    vs.

TONY HEDGEPETH, Warden,

       Respondent.        <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file and serve a response to the court's September 12, 2008 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's October 3, 2008 motion for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to the court's September 12, 2008 findings and recommendations.

DATED:  October 14, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001
fraz0073.111(2)