IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEI C. FRAZIER,

       Petitioner,                  No. 2:08-cv-0073 WBS JFM (HC)

    vs.

TONY HEDGEPETH, Warden,

       Respondent.              <u>ORDER</u>

_____/

        Petitioner has requested a sixty-day extension of time to file and serve objections to the court's September 12, 2008 findings and recommendations. Petitioner contends he has been placed in ad-seg on unrelated issues which has made it difficult for him to obtain documents from his medical file. Petitioner has been granted one previous thirty-day request for extension of time to file his objections.

        The instant petition was filed on January 11, 2008. Respondent filed his motion to dismiss on April 11, 2008. The court considered 83 pages of medical records petitioner submitted in opposition to the motion to dismiss. Petitioner is cautioned that he should not re-submit medical records already provided.

        Accordingly, petitioner's request will be partially granted. Petitioner will be granted until Monday, January 5, 2009, in which to file objections. No further extensions of time will be granted by this court.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's November 20, 2008 motion for an extension of time is partially granted; and

2. Petitioner is granted until Monday, January 5, 2009 in which to file and serve a response to the court's September 12, 2008 findings and recommendations. No further extensions of time will be granted.

DATED: November 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; fraz0073.111(3)